UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PHILLIP W., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|         v. | )   2:19-cv-00258-JDL |
| | ) |
| ANDREW SAUL, Social Security | ) |
| Administration Commissioner, | ) |
| | ) |
|    Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 24) with the Court on January 7, 2020, pursuant to 28 U.S.C.A. § 636(b)(3) (West 2020) and D. Me. Local R. 72, regarding Plaintiff Phillip W.'s request that the Court review the Social Security Administration Commissioner's final administrative decision on his application for supplemental income benefits (ECF Nos. 1, 11). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set

1

forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 24) of the Magistrate Judge is hereby **ACCEPTED**. The administrative decision is **VACATED**, and the case is **REMANDED** for further proceedings.

**SO ORDERED.**

**Dated this 1st day of April, 2020.**

/s/ Jon D. Levy<br>
**CHIEF U.S. DISTRICT JUDGE**